IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | | |
|---|---|---|
| FREDERICK TONEY | * | |
|     Plaintiff | * | |
| | * | |
| V. | * | |
| | * | |
| PINE BLUFF JEFFERSON COUNTY | * | NO: 5:12CV00303 SWW |
| ECONOMIC OPPORTUNITY | * | |
| AGENCY | * | |
|     Defendant | * | |

## ORDER

The parties have advised the Court that this matter has settled, and Plaintiff moves for dismissal with prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. The motion to dismiss (ECF No. 47) is GRANTED, and this action is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 22ND DAY OF SEPTEMBER, 2014.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE